**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-1919**

———————

WARREN K. GLADDEN,

        Plaintiff – Appellant,

   v.

UNITED STATES DEPARTMENT OF COMMERCE; GARY LOCKE, Secretary,

        Defendants – Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:10-cv-01756-PJM)

———————

Submitted: March 16, 2012        Decided: April 9, 2012

———————

Before DIAZ and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Warren K. Gladden, Appellant Pro Se. Joseph Ronald Baldwin, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren K. Gladden appeals the district court's order granting summary judgment to Defendants on Gladden's claims of employment discrimination and retaliation in violation of Title VII of the Civil Rights Act and the Age Discrimination in Employment Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gladden v. U.S. Dep't of Commerce, No. 8:10-cv-01756-PJM (D. Md. June 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED